FILED 05 JUL '11 14:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BRIAN ANDREW MONKEN,                                         03:11-cv-244-KI

        Petitioner,                                         ORDER

  v.

J.E. THOMAS, et al.,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#15) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 5th day of July, 2011.

                                          */s/ Garr M. King*
                                          Garr M. King
                                          United States District Judge

1 -- ORDER